IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

TADESSE MENGISTU                                                                PLAINTIFF
V.                                          CIVIL ACTION NO.: 4:16-cv-65-SA-JMV
MISSISSIPPI VALLEY STATE UNIVERSITY,
DR. JONGCHAI KIM,
AND MVSU EMPLOYEES A-D                                                 DEFENDANTS

ORDER

For the reasons fully articulated in this Court's Memorandum Opinion issued this day, Defendant's Motion for Summary Judgment [33] is GRANTED, and this case is CLOSED.

SO ORDERED this the 5th day of September, 2017.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE